```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JANUA SHIPPING S.r.L.,                  :
                           Plaintiff,   :
                                        :    09 Civ. 4109 (DLC)
             -v-                        :
                                        :         ORDER
ACAIL INDUSTRIA E COMERCIO DE FERROS E  :
ACOS S.A.,                              :
                           Defendant.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    Plaintiff's application for a maritime attachment having been denied on April 28, 2009, and plaintiff having made no further application since that date, it is hereby

    ORDERED that this case is dismissed and the Clerk of Court shall close this case.

    SO ORDERED:

Dated:   New York, New York
         June 5, 2009

                              _____
                                       DENISE COTE
                              United States District Judge